MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:20-cr-00121-CKD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO SET |
| | ) STATUS CONFERENCE |
| v. | ) |
| | ) |
| TODD R. BENTLEY, | ) |
| | ) DATE:  January 14, 2021 |
| | ) TIME:  9:30 a.m. |
| Defendant. | ) JUDGE: Hon. Carolyn K. Delaney |
| | ) |
| | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.   By previous order, this matter was scheduled for a jury trial on January 14, 2021, and time was excluded under the Speedy Trial Act until that time under Local Code T4.

2.   By this stipulation, the parties now jointly move to set a

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER          1          U.S. V. TODD R. BENTLEY

1  status conference on December 10, 2020 at 9:30 a.m.

2      IT IS SO STIPULATED.

3

4  DATED: October 16, 2020          MCGREGOR W. SCOTT
                                    United States Attorney
5

6                            By:  */s/ Alstyn Bennett*
                                  ALSTYN BENNETT
7                                 Special Assistant U.S. Attorney

8

9                                 */s/ Linda Allison*
                                  LINDA ALLISON
10                                Assistant Federal Defender
                                  Counsel for Defendant
11                                (*Per 10/16/2020 email authorization from*
                                  *Linda Allison)*
12

13

14                        **FINDINGS AND ORDER**

15      IT IS SO ORDERED, that a status conference is set for December

16  10, 2020 at 9:30 a.m.

17      Dated:  October 16, 2020

18                                  _____
                                    CAROLYN K. DELANEY
19                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28