HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
TODD BENTLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No.  2:20-cr-00121-CKD |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) | |
| TODD BENTLEY, | ) | |
| Defendant. | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant,  TODD

BENTLEY, hereby waives the right to be present in person in open court upon the hearing of any

motion or other proceeding in this case, including, but not limited to, when the case is set for

trial, when a continuance is ordered, and when any other action is taken by the court before or

after trial, specifically, appearances for any hearing regarding imposition of judgment and

sentencing or modification of conditions of supervised release.

Defendant hereby requests the Court to proceed during every absence which the Court

may permit to this waiver; agrees that defendant's interests will be deemed represented at all

times by the presence of the defendant's attorney, the same as if the defendant were personally

1   present; and further agrees to be present in court ready for trial any day and hour the Court may

2   fix the defendant's absence.

3          The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

4   §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

5   under that Act without the defendant's personal presence.

6          The original signed copy of this waiver is being preserved by the attorney undersigned.

7   Dated:  July 25, 2021

8                                          /s/ Todd Bentley

9                                          _____
                                           (Defendant)
10                                         Original retained by attorney

11         I agree and consent to my Client's waiver of appearance.

12   Dated:  July 27, 2021

13                                         /s/ Linda C. Allison

                                           _____
14                                         LINDA C. ALLISON
                                           Assistant Federal Defender
15                                         Attorney for Defendant
                                           TODD BENTLEY

16         IT IS SO ORDERED.

17   Dated:  July 28, 2021

18                                         _____
                                           CAROLYN K. DELANEY
19                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Waiver of Appearance                        -2-