UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TODD R. BENTLEY,<br><br>          Defendant. | 2:20-cr-00121-CKD<br><br>ORDER TO DISMISS AND VACATE JURY TRIAL AND ALL OTHER RELATED DATES<br><br>DATE: August 19, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:20-cr-00121-CKD is GRANTED.

It is further ordered that the scheduled jury trial is hereby vacated. All scheduled dates for the filing of motions in limine and other trial related documents are also hereby vacated.

IT IS SO ORDERED.

Dated: August 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE